# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 6, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153351(54)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                                   SC: 153351

                                                   COA: 323792

                                                   Crawford CC: 14-003714-FH,
                                                              14-003715-FH, 14-003695-FC

CHRISTOPHER DEWAYNE NORFLEET,
     Defendant-Appellant.
_____/

       On order of the Chief Justice, the motion of defendant-appellant for leave to file a reply in excess of the page limit restriction is GRANTED. The 26-page reply submitted on April 20, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 6, 2016

